# Katten

**525 W. Monroe Street**
**Chicago, IL  60661-3693**
**+1.312.902.5200 tel**
**katten.com**

**KRISTIN J. ACHTERHOF**
kristin.achterhof@katten.com
+1.312.902.5296 direct
+1.312.577.8996 fax

**MEMO ENDORSED**

November 7, 2024

***Via ECF***

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024

Re:    ***Brian Tao v. Uniqlo USA LLC*** **(No. 1:24-cv-06781-VEC)**
       **Defendant Uniqlo USA LLC's First Request for Adjournment of the Initial Pretrial**
       **Conference and Filing Deadline for Joint Proposed Case Management Plan and**
       **Scheduling Order, with Consent**

Dear Judge Caproni,

My firm represents Defendant Uniqlo USA, LLC ("Uniqlo"), in the above-referenced matter. I write to respectfully request an adjournment of the Initial Pretrial Conference ("IPTC"), currently scheduled for November 22, 2024, at 10:00 a.m. This is the first request for an adjournment of the IPTC by either of the parties in this case.

The reason for the proposed adjournment is that I, as lead counsel for Uniqlo, have a personal family matter that requires I be in Chicago on the evening of November 21, 2024 (the day preceding the IPTC as currently scheduled), and I would not be able to fly to New York in time to participate in the IPTC on the morning of November 22, 2024. Plaintiff has consented to the requested adjournment, and counsel for both parties have agreed that postponing the IPTC may make good sense, as Uniqlo filed a Motion to Dismiss the Plaintiff's Complaint on October 28, 2024, and Plaintiff filed a Motion to Remand. *See* Dkt. Nos. 21-23; 24-25.

The parties propose the IPTC be reset for a date after the pending motions have been resolved.

Uniqlo also respectfully requests an adjournment of the November 14, 2024 deadline to file the Joint Proposed Case Management Plan and Scheduling Order ("Case Management Plan"). Plaintiff has consented to this adjournment, as well, to allow time for resolution of the above-referenced pending motions.

We thank Your Honor for your consideration of this matter.

Sincerely,

KATTEN MUCHIN ROSENMAN LLP

CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

**Katten**

/s/ *Kristin J. Achterhof*

Kristin J. Achterhof

cc:      All Counsel of Record (*via* ECF)

---

The initial pretrial conference is ADJOURNED *sine die* pending the Court's resolution of the motion to remand and motion to dismiss.

SO ORDERED.

11/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE